STATE of Missouri, Respondent,

v.

Pedro WILLIAMS, Appellant.

Pedro WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63246, 66444.

Missouri Court of Appeals,
Eastern District.

May 23, 1995.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

## ORDER

PER CURIAM

Defendant appeals from his convictions by a jury of first degree assault and armed criminal action, and concurrent twenty-five year imprisonment as a prior and persistent offender. He also appealed from denial of his Rule 29.15 motion but has raised no issue concerning that order and has therefore abandoned that appeal. Defendant raises eight points on appeal. None have merit. A written opinion would serve no jurisprudential purpose.

Judgment affirmed. Rule 30.25(b).